**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Adavan Fitness Melbourne LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-4235952** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5410 Murrell Rd**<br>**Rockledge, FL 32955**<br>Number, Street, City, State & ZIP Code | **3542 Siderwheel Dr**<br>**Rockledge, FL 32955**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Brevard**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.melbournecyclebar.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Adavan Fitness Melbourne LLC**
         _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7139**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Adavan Fitness Melbourne LLC**                                        Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **Adavan Fitness LLC** _____     Relationship _____

District _____     When _____     Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**     .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Adavan Fitness Melbourne LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**16.   Estimated liabilities**

- ☐ $0 - $50,000
- ☐  $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Adavan Fitness Melbourne LLC** | | Case number (*if known*) | |
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2023**
                MM / DD / YYYY

**X** **/s/ Todd Adams**                                    **Todd Adams**
Signature of authorized representative of debtor            Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ Michael Faro**                                    Date   **June 16, 2023**
Signature of attorney for debtor                             MM / DD / YYYY

**Michael Faro 758981**
Printed name

**Faro & Crowder**
Firm name

**700 N Wickham Road**
**Suite 205**
**Melbourne, FL 32935**
Number, Street, City, State & ZIP Code

Contact phone   **321-784-8158**        Email address   **ahinkley@farolaw.com**

**758981 FL**
Bar number and State

# Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2022, or tax year beginning _____, ending _____.

Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2022**

| | | |
|---|---|---|
| **A** Principal business activity<br>**EXERCISE** | Name of partnership<br>**ADAVAN FITNESS MELBOURNE LLC** | **D** Employer identification number<br>**83-4235952** |
| **B** Principal product or service<br>**SERVICE** | **Type or Print** Number, street, and room or suite no. If a P.O. box, see instructions.<br>**5410 MURRELL RD, UNIT 205** | **E** Date business started<br>**04/02/2019** |
| **C** Business code number<br>**541990** | City or town, state or province, country, and ZIP or foreign postal code<br>**ROCKLEDGE        FL 32955** | **F** Total assets (see instructions)<br>$ **315,115** |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify): _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: ............ **2**

**J** Check if Schedules C and M-3 are attached .......................................................................... ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | | **1a** | 246,340 | |
| | **b** Returns and allowances | | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | | **1c** | 246,340 |
| | **2** Cost of goods sold (attach Form 1125-A) | | | **2** | 43,358 |
| | **3** Gross profit. Subtract line 2 from line 1c | | | **3** | 202,982 |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | **6** | |
| | **7** Other income (loss) (attach statement) | | | **7** | |
| | **8** **Total income (loss).** Combine lines 3 through 7 | | | **8** | 202,982 |
| **Deductions** (see instructions for limitations) | **9** Salaries and wages (other than to partners) (less employment credits) | | | **9** | 173,360 |
| | **10** Guaranteed payments to partners | | | **10** | |
| | **11** Repairs and maintenance | | | **11** | 25,171 |
| | **12** Bad debts | | | **12** | |
| | **13** Rent | | | **13** | 54,413 |
| | **14** Taxes and licenses | | | **14** | 14,152 |
| | **15** Interest (see instructions) | | | **15** | 615 |
| | **16a** Depreciation (if required, attach Form 4562) | **16a** | 45,386 | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | **16c** | 45,386 |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) | | | **17** | |
| | **18** Retirement plans, etc. | | | **18** | |
| | **19** Employee benefit programs | | | **19** | |
| | **20** Other deductions (attach statement)        **SEE STATEMENT 1** | | | **20** | 50,414 |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | **21** | 363,511 |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | | | **22** | -160,529 |
| **Tax and Payment** | **23** Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | | **23** | |
| | **24** Interest due under the look-back method—income forecast method (attach Form 8866) | | | **24** | |
| | **25** BBA AAR imputed underpayment (see instructions) | | | **25** | |
| | **26** Other taxes (see instructions) | | | **26** | |
| | **27** **Total balance due.** Add lines 23 through 26 | | | **27** | |
| | **28** Payment (see instructions) | | | **28** | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed | | | **29** | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment | | | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general or limited liability company member) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below?
See instructions. ☒ **Yes** ☐ **No**

Signature of partner or limited liability company member _____ Date _____

**Paid Preparer Use Only**

| Print/Type preparer's name<br>KAYLA BLUM | Preparer's signature | Date<br>05/22/23 | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ **THE ACCOUNTING OFFICE INC.** | | | Firm's EIN ▶ | |
| Firm's address ▶ **175 CADYCENTRE SUITE 300**<br>**NORTHVILLE, MI        48167-1120** | | | Phone no. **248-449-9600** | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2022)

DAA

Form 1065 (2022) ADAVAN FITNESS MELBOURNE LLC                     83-4235952                                    Page **2**

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |

| | | | |
|---|---|---|---|
| **a** | Domestic general partnership | **b** | Domestic limited partnership |
| **c** | **X** Domestic limited liability company | **d** | Domestic limited liability partnership |
| **e** | Foreign partnership | **f** | Other: |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | X | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2022, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

Form **1065** (2022)

DAA

Form 1065 (2022)  **ADAVAN FITNESS MELBOURNE LLC**           83-4235952                    Page **3**

| Schedule B | Other Information *(continued)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ........ 0 | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership | | X |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ........ 0 | | |
| **16a** | Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions | | X |
| **b** | If "Yes," did you or will you file required Form(s) 1099? | | |
| **17** | Enter the number of Form 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return ........ 0 | | |
| **18** | Enter the number of partners that are foreign governments under section 892 ........ 0 | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ........ $ | | |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **24** | Does the partnership satisfy one or more of the following? See instructions | | X |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the partnership has business interest. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ........ $ | | |
| **26** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ........ 0 | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| **27** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| **28** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:          By vote:          By value: | | X |
| **29** | Reserved for future use | | |
| **30** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR   **TODD G ADAMS**

| U.S. address of PR | **816 AUTUMN GLEN DR** | U.S. phone number of PR | **321-626-1980** |
|---|---|---|---|
| | **MELBORNE        FL  32940** | | |

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | | U.S. phone number of designated individual | |
|---|---|---|---|

DAA                                                                                          Form **1065** (2022)

Form 1065 (2022)  **ADAVAN FITNESS MELBOURNE LLC**          83-4235952                         Page **4**

## Schedule K    Partners' Distributive Share Items

| | | | | Total amount |
|---|---|---|---|---:|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 22) | **1** | **-160,529** |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** | Other gross rental income (loss) | | |
| | **b** | Expenses from other rental activities (attach statement) | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** | Guaranteed payments:  **a** Services **4a**    **b** Capital **4b** | | |
| | **c** | Total. Add lines 4a and 4b | **4c** | |
| | **5** | Interest income | **5** | |
| | **6** | Dividends and dividend equivalents:  **a** Ordinary dividends | **6a** | |
| | **b** | Qualified dividends **6b**    **c** Dividend equivalents **6c** | | |
| | **7** | Royalties | **7** | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** | Collectibles (28%) gain (loss) **9b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) **9c** | | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** | Other income (loss) (see instructions) Type: | **11** | |
| **Deductions** | **12** | Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** | Contributions                          SEE STATEMENT 2 | **13a** | **86** |
| | **b** | Investment interest expense | **13b** | |
| | **c** | Section 59(e)(2) expenditures **(1)** Type:        **(2)** Amount: | **13c(2)** | |
| | **d** | Other deductions (see instructions) Type: | **13d** | |
| **Self-Employ-ment** | **14a** | Net earnings (loss) from self-employment | **14a** | |
| | **b** | Gross farming or fishing income | **14b** | |
| | **c** | Gross nonfarm income | **14c** | |
| **Credits** | **15a** | Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** | Low-income housing credit (other) | **15b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** | Other rental real estate credits (see instructions)        Type: | **15d** | |
| | **e** | Other rental credits (see instructions)        Type: | **15e** | |
| | **f** | Other credits (see instructions)        Type: | **15f** | |
| **Inter-national** | **16** | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** | Post-1986 depreciation adjustment | **17a** | |
| | **b** | Adjusted gain or loss | **17b** | |
| | **c** | Depletion (other than oil and gas) | **17c** | |
| | **d** | Oil, gas, and geothermal properties–gross income | **17d** | |
| | **e** | Oil, gas, and geothermal properties–deductions | **17e** | |
| | **f** | Other AMT items (attach statement) | **17f** | |
| **Other Information** | **18a** | Tax-exempt interest income | **18a** | |
| | **b** | Other tax-exempt income | **18b** | |
| | **c** | Nondeductible expenses | **18c** | |
| | **19a** | Distributions of cash and marketable securities | **19a** | |
| | **b** | Distributions of other property | **19b** | |
| | **20a** | Investment income | **20a** | |
| | **b** | Investment expenses | **20b** | |
| | **c** | Other items and amounts (attach statement)        SEE STATEMENT 3 | | |
| | **21** | Total foreign taxes paid or accrued | **21** | |

Form **1065** (2022)

DAA

Form 1065 (2022)  **ADAVAN FITNESS MELBOURNE LLC**  83-4235952  Page **5**

## Analysis of Net Income (Loss) per Return

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | | | | | **1** | −160,615 |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | −80,307 | −80,308 | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 12,702 | | 8,136 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) **SEE STMT 4** | | 9,118 | | 10,837 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 508,193 | | 508,193 | |
| b | Less accumulated depreciation | 166,665 | 341,528 | 212,051 | 296,142 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 363,348 | | 315,115 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 104,465 | | 139,196 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) **SEE STMT 5** | | 2,600 | | 2,226 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | 145,111 | | 143,838 |
| b | Mortgages, notes, bonds payable in 1 year or more | | 321,037 | | 321,037 |
| 20 | Other liabilities | | | | |
| 21 | Partners' capital accounts | | −209,865 | | −291,182 |
| 22 | Total liabilities and capital | | 363,348 | | 315,115 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | −160,615 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | | | |
| b | Travel and entertainment $ | | 8 | Add lines 6 and 7 | |
| | | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | −160,615 |
| 5 | Add lines 1 through 4 | −160,615 | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | −209,865 | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | 79,298 | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) | −160,615 | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | −291,182 | 9 | Balance at end of year. Subtract line 8 from line 5 | −291,182 |

Form **1065** (2022)

**Form 1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to *www.irs.gov/Form1125A* for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| ADAVAN FITNESS MELBOURNE LLC | 83-4235952 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)    SEE STATEMENT 6 | 5 | 43,358 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 43,358 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 43,358 |

**9a** Check all methods used for valuing closing inventory:
- (i) ☐ Cost
- (ii) ☐ Lower of cost or market
- (iii) ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO      | 9d | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

**For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

DAA

| SCHEDULE B-1 (Form 1065) | Information on Partners Owning 50% or More of the Partnership | |
|---|---|---|
| (Rev. August 2019) | ▶ Attach to Form 1065. | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/Form1065* for the latest information. | |

| Name of partnership | Employer identification number (EIN) |
|---|---|
| ADAVAN FITNESS MELBOURNE LLC | 83-4235952 |

**Part I    Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II    Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| TODD G ADAMS | ███████2391 | UNITED STATES | 50.000000 |
| MICHAEL VANDRUNEN | ███████8808 | UNITED STATES | 50.000000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**                    Schedule B-1 (Form 1065) (Rev. 8-2019)

DAA

**PARTNER# 1**

| | |
|---|---|
| ☐ Final K-1 | ☐ Amended K-1 |

651121

OMB No. 1545-0123

**Schedule K-1
(Form 1065)**

**2022**

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**                    **See separate instructions.**

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| | **−80,264** | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . . . . . . . . . . . ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | **N** | **STMT** |
| 10 | Net section 1231 gain (loss) | **Z ***| **STMT** |
| 11 | Other income (loss) | **AG *** | **STMT** |
| | | **AH *** | **STMT** |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| **A** | **43** | | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
**83-4235952**

**B** Partnership's name, address, city, state, and ZIP code
**ADAVAN FITNESS MELBOURNE LLC**

**5410 MURRELL RD, UNIT 205**
**ROCKLEDGE          FL 32955**

**C** IRS Center where partnership filed return:
**E-FILE**

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮▮**2391**

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
**TODD G ADAMS**

**816 AUTUMN GLEN DR**
**MELBORNE          FL 32940**

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member
**H1** ☒ Domestic partner    ☐ Foreign partner
**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____
Name _____

**I1** What type of entity is this partner?   **INDIVIDUAL**
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . . . . . . . . . . . . ☐
**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | **50.000000 %** | **50.000000 %** |
| Loss | **50.000000 %** | **50.000000 %** |
| Capital | **50.000000 %** | **50.000000 %** |

Check if decrease is due to sale or exchange of partnership interest . . . . . . . . . . . . . . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ **160,518** | $ **160,518** |
| Recourse | $ **126,088** | $ **142,630** |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . . . . ☐

**L**            **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account . . . . . . . . . . . . . . . $ | **−104,932** |
| Capital contributed during the year . . . . . . . . . . . . . . . $ | **39,649** |
| Current year net income (loss) . . . . . . . . . . . . . . . $ | **−80,307** |
| Other increase (decrease) (attach explanation) . . . . . . . $ | |
| Withdrawals & distributions . . . . . . . . . . . . . . . $ ( ) | |
| Ending capital account . . . . . . . . . . . . . . . $ | **−145,590** |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No    If "Yes," attach statement. See instructions.

**N**    **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . $ _____

| 22 | ☐ More than one activity for at-risk purposes* |
|---|---|
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

*For IRS Use Only*

651121

**PARTNER# 2**

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Schedule K-1**
**(Form 1065)**

**2022**

Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.**    See separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
**83-4235952**

**B** Partnership's name, address, city, state, and ZIP code
**ADAVAN FITNESS MELBOURNE LLC**

**5410 MURRELL RD, UNIT 205**
**ROCKLEDGE          FL 32955**

**C** IRS Center where partnership filed return:
**E-FILE**

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
■■■■■8808

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
**MICHAEL VANDRUNEN**

**1999 KNOX ROAD**
**MERIDIAN          MS 39301**

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member
**H1** ☒ Domestic partner    ☐ Foreign partner
**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____
Name _____

**I1** What type of entity is this partner?    **INDIVIDUAL**
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . . . . . . . . . . . . ☐
**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 50.000000 % | 50.000000 % |
| Loss | 50.000000 % | 50.000000 % |
| Capital | 50.000000 % | 50.000000 % |

Check if decrease is due to sale or exchange of partnership interest . . . . . . . . . . . . . . . ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . $ | $ | $ |
| Qualified nonrecourse financing $ | 160,519 | $ 160,519 |
| Recourse . . . . . . $ | 126,088 | $ 142,630 |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . . . ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account . . . . . . . . . . . . . . . . $ | -104,933 |
| Capital contributed during the year . . . . . . . . . . . . . . . $ | 39,649 |
| Current year net income (loss) . . . . . . . . . . . . . . . $ | -80,308 |
| Other increase (decrease) (attach explanation) . . . . . . . $ | |
| Withdrawals & distributions . . . . . . . . . . . . . . . . . . . . . $ ( | ) |
| Ending capital account . . . . . . . . . . . . . . . . . . . . . . . $ | -145,592 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
|---|---|---|---|
| | **-80,265** | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . . . . . . . . . . . . . ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| | | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | **N** | **STMT** |
| 10 | Net section 1231 gain (loss) | **Z*** | **STMT** |
| 11 | Other income (loss) | **AG*** | **STMT** |
| | | **AH*** | **STMT** |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| **A** | **43** | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |
| *See attached statement for additional information. | | | |

For IRS Use Only

| Schedule **K** | **Section 199A Information Worksheet** For calendar year 2022, or tax year beginning                    , and ending | **2022** |
|---|---|---|

Partnership Name

**ADAVAN FITNESS MELBOURNE LLC**

Employer Identification Number

**83-4235952**

| | **Activity Description** | **Pass-through Entity EIN** | **Aggr. Number** | **SSTB** | **PTP** |
|---|---|---|---|---|---|
| Column A | **FORM 1065, PAGE 1** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | **Column A** | **Column B** | **Column C** | **Column D** | **Column E** |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −160,529 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 173,360 | | | | |
| **Qualified property** | 508,193 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |

**Section 199A REIT dividends**

**PAGE 1 OF 1**

**PARTNER# 1**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning _____ , and ending _____ | |

| Partnership Name | Employer Identification Number |
|---|---|
| ADAVAN FITNESS MELBOURNE LLC | 83-4235952 |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| TODD G ADAMS | ▇▇▇▇2391 |

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | FORM 1065, PAGE 1 | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -80,264 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 86,680 | | | | |
| **Qualified property** | 254,096 | | | | |

**Other Information:**

QBI alloc to co-op pmts received

W-2 wages alloc to qualified pmts

Section 199A(g) deduction

**Section 199A REIT dividends**

**PARTNER# 2**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2022** |
|---|---|---|
| | For calendar year 2022, or tax year beginning _____ , and ending _____ | |

| | |
|---|---|
| Partnership Name<br>**ADAVAN FITNESS MELBOURNE LLC** | Employer Identification Number<br>**83-4235952** |
| Partner's Name<br>**MICHAEL VANDRUNEN** | Taxpayer Identification Number<br>████████**8808** |

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr.<br>Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **FORM 1065, PAGE 1** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -80,265 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 86,680 | | | | |
| **Qualified property** | 254,097 | | | | |

**Other Information:**

QBI alloc to co-op pmts received
W-2 wages alloc to qualified pmts
Section 199A(g) deduction

**Section 199A REIT dividends**

# Federal Statements

### Statement 1 - Form 1065, Page 1, Line 20 - Other Deductions

| Description | Amount |
|---|---|
| ACCOUNTING FEES | $    3,440 |
| BANK FEES | 125 |
| MARKETING | 7,005 |
| PAYROLL SERVICES | 2,540 |
| STUDIO EXPENSE | 7,921 |
| UTILITIES | 10,674 |
| PROFESSIONAL FEES | 12,824 |
| INSURANCE EXPENSE | 621 |
| MISCELLANEOUS | 2,000 |
| PAYROLL PROCESSING FEE | 656 |
| LEGAL FEES | 299 |
| POSTAGE | 127 |
| SOFTWARE FEE | 1,790 |
| MEALS (100%) | 392 |
| TOTAL | $   50,414 |

### Statement 2 - Form 1065, Schedule K, Line 13a - Contributions

| Description | 100% | 60% | 50% | 30% | 20% | Total |
|---|---|---|---|---|---|---|
| CHARITABLE CONTRIBUTIONS | $ | $ 86 | $ | $ | $ | $ 86 |
| TOTAL | $ 0 | $ 86 | $ 0 | $ 0 | $ 0 | $ 86 |

## Statement 3 - Form 1065, Schedule K, Line 20c - Other Items and Amounts

| Description | Amount |
|---|---|
| SEE ATTACHED SECTION 199A INFORMATION WORKSHEET | $ |

## Statement 4 - Form 1065, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| PREPAID EXPENSES | $ 9,118 | $ 2,007 |
| RETAIL INVENTORY | | 446 |
| TIEM INVENTORY | | 552 |
| RENT DEPOSITS | | 7,832 |
| TOTAL | $ 9,118 | $ 10,837 |

## Statement 5 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| SALES TAX PAYABLE | $ 2,600 | $ 516 |
| ACCRUED INTEREST | | 1,710 |
| TOTAL | $ 2,600 | $ 2,226 |

# Federal Statements

### Statement 6 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| FRANCHISE FEE | $      18,084 |
| CLUBREADY FEE |        11,689 |
| TECHNOLOGY FEE |         8,670 |
| MARKETING FEE |         4,915 |
| TOTAL | $      43,358 |

**Federal Statements**

83-4235952

FYE: 12/31/2022

**Todd G Adams**

**2391**

## Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|--------|
| N | SCHEDULE K-1, LINE 1 BUSINESS INTEREST EXPENSE | $ 307 |
| AG | GROSS RECEIPTS FOR 2021 | 155,237 |

## Schedule K-1, Line 20AH - Additional Supplemental Information

Description

ANALYSIS OF AT RISK VERSUS NOT AT RISK LIABILITIES

| | AT RISK | NOT AT RISK |
|------|---------|-------------|
| NONRECOURSE | 0 | 0 |
| QUALIFIED NONRECOURSE | 0 | 160,518 |
| RECOURSE | 142,630 | 0 |

**Federal Statements**

**Michael VanDrunen**

█████8808

## Schedule K-1, Line 20 - Other Information

| Code | Description | | Amount |
|------|-------------|---|--------|
| N | SCHEDULE K-1, LINE 1 BUSINESS INTEREST EXPENSE | $ | 308 |
| AG | GROSS RECEIPTS FOR 2021 | | 155,238 |

## Schedule K-1, Line 20AH - Additional Supplemental Information

Description

```
ANALYSIS OF AT RISK VERSUS NOT AT RISK LIABILITIES
                         AT RISK              NOT AT RISK
NONRECOURSE                   0                        0
QUALIFIED NONRECOURSE         0                  160,519
RECOURSE                142,630                        0
```

Year Ending: December 31, 2022                                                    83-4235952

Adavan Fitness Melbourne LLC
5410 Murrell Rd, Unit 205
Rockledge, FL  32955

# Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Under Regulation 1.263(a)-1(f), the taxpayer hereby elects to apply the de minimis safe harbor election to all qualifying property placed in service during the tax year.

# Federal Asset Report
## Form 1065, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | Furniture & Fixtures | 4/02/19 | 227,650 | | | X | 103,254 | 7 | HY | 200DB | 124,396 | 29,501 |
| 2 | Leasehold Improvements | 4/02/19 | 280,543 | | | X | 238,274 | 15 | HY | S/L | 42,269 | 15,885 |
| | | | 508,193 | | | | 341,528 | | | | 166,665 | 45,386 |
| | | | | | | | | | | | | |
| | **Grand Totals** | | 508,193 | | | | 341,528 | | | | 166,665 | 45,386 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 508,193 | | | | 341,528 | | | | 166,665 | 45,386 |

# Bonus Depreciation Report

## Form 1065, Page 1

| Asset | Property Description | Date In Service | Tax Cost | Bus Pct | Tax Sec 179 Exp | Current Bonus | Prior Bonus | Tax - Basis for Depr |
|---|---|---|---|---|---|---|---|---|
| 1 | Furniture & Fixtures | 4/02/19 | 227,650 | | 0 | 0 | 124,396 | 103,254 |
| 2 | Leasehold Improvements | 4/02/19 | 280,543 | | 0 | 0 | 42,269 | 238,274 |
| | **Grand Total** | | 508,193 | | 0 | 0 | 166,665 | 341,528 |

# AMT Asset Report
## Form 1065, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | Furniture & Fixtures | 4/02/19 | 227,650 | | | X | 103,254 | 7 | HY | 200DB | 124,396 | 29,501 |
| 2 | Leasehold Improvements | 4/02/19 | 280,543 | | | X | 238,274 | 15 | HY | S/L | 42,269 | 15,885 |
| | | | 508,193 | | | | 341,528 | | | | 166,665 | 45,386 |
| | | | | | | | | | | | | |
| | **Grand Totals** | | 508,193 | | | | 341,528 | | | | 166,665 | 45,386 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 508,193 | | | | 341,528 | | | | 166,665 | 45,386 |

# Depreciation Adjustment Report
## All Business Activities

| Form | Unit | Asset | Description | Tax | AMT | ACE | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | | |
| Page 1 | 1 | 1 | Furniture & Fixtures | 29,501 | 29,501 | 29,501 s | 0 |
| Page 1 | 1 | 2 | Leasehold Improvements | 15,885 | 15,885 | 15,885 s | 0 |
| | | | | 45,386 | 45,386 | 45,386 s | 0 |

**Totals for ACE Depreciation Adjustment:**
**AMT Depreciation Addback**                45,386

**ACE Depreciation Expense**                                45,386 s

s - Substituted applicable AMT or Tax data when ACE column is blank.

21123  Adavan Fitness Melbourne LLC
83-4235952
FYE: 12/31/2022

05/22/2023  4:57 PM

# Future Depreciation Report    FYE: 12/31/23
## Form 1065, Page 1

| Asset | Description | Date In Service | Cost | Tax | AMT | ACE |
|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | |
| 1 | Furniture & Fixtures | 4/02/19 | 227,650 | 21,072 | 21,072 | 0 |
| 2 | Leasehold Improvements | 4/02/19 | 280,543 | 14,826 | 14,826 | 0 |
| | | | 508,193 | 35,898 | 35,898 | 0 |
| | **Grand Totals** | | 508,193 | 35,898 | 35,898 | 0 |

21123 05/22/2023 4:57 PM

| Form **1065** | **Two Year Comparison Worksheet, Page 1** | **2021 & 2022** |
|---|---|---|

Partnership Name

Employer Identification Number

**ADAVAN FITNESS MELBOURNE LLC**

83-4235952

|  |  | 2021 | 2022 | Differences |
|---|---|---|---|---|
| **Income** | Gross receipts less returns and allowances | 310,475 | 246,340 | −64,135 |
|  | Cost of goods sold | 57,478 | 43,358 | −14,120 |
|  | Gross profit | 252,997 | 202,982 | −50,015 |
|  | Ordinary income (loss) from other partnerships, etc. |  |  |  |
|  | Net farm profit (loss) |  |  |  |
|  | Net gain (loss) from Form 4797 |  |  |  |
|  | Other income (loss) |  |  |  |
|  | **Total income (loss)** | 252,997 | 202,982 | −50,015 |
| **Deductions** | Salaries and wages (other than to partners) | 146,414 | 173,360 | 26,946 |
|  | Guaranteed payments to partners |  |  |  |
|  | Repairs and maintenance | 629 | 25,171 | 24,542 |
|  | Bad debts |  |  |  |
|  | Rent | 93,280 | 54,413 | −38,867 |
|  | Taxes and licenses | 13,439 | 14,152 | 713 |
|  | Interest | 4,052 | 615 | −3,437 |
|  | Depreciation | 58,322 | 45,386 | −12,936 |
|  | Depletion |  |  |  |
|  | Retirement plans, etc. |  |  |  |
|  | Employee benefit programs |  |  |  |
|  | Other deductions | 46,735 | 50,414 | 3,679 |
|  | **Total deductions** | 362,871 | 363,511 | 640 |
|  | **Ordinary business income (loss)** | −109,874 | −160,529 | −50,655 |
| **Tax and Payment** | Total balance due |  |  |  |
|  | Payments |  |  |  |
|  | **Amount owed** |  |  |  |
|  | **Overpayment** |  |  |  |

| Form **1065** | **Two Year Comparison Worksheet, Page 2** | **2021 & 2022** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **ADAVAN FITNESS MELBOURNE LLC** | **83-4235952** |

| | | **2021** | **2022** | **Differences** |
|---|---|---|---|---|
| **Income (Loss)** | Ordinary business income (loss) | −109,874 | −160,529 | −50,655 |
| | Net rental real estate income (loss) | | | |
| | Net other rental income (loss) | | | |
| | Guaranteed payments | | | |
| | Interest income | | | |
| | Ordinary dividends | | | |
| | Qualified dividends | | | |
| | Dividend equivalents | | | |
| | Royalties | | | |
| | Net short-term capital gain (loss) | | | |
| | Net long-term capital gain (loss) | | | |
| | Net section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| **Deductions** | Section 179 deduction | | | |
| | Contributions | | 86 | 86 |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Other deductions | | | |
| **Self-Employment** | Net earnings (loss) from self-employment | | | |
| | Gross farm or fishing income | | | |
| | Gross nonfarm income | | | |
| **Credits** | Low-income housing credit (section 42(j)(5)) | | | |
| | Low-income housing credit (other) | | | |
| | Qualified rehab expenditures (rental real estate) | | | |
| | Other rental real estate credits | | | |
| | Other rental credits | | | |
| | Other credits | | | |
| **Alternative Minimum Tax (AMT) Items** | Post-1986 depreciation adjustment | | | |
| | Adjusted gain or loss | | | |
| | Depletion (other than oil and gas) | | | |
| | Oil, gas, and geothermal properties - gross income | | | |
| | Oil, gas, and geothermal properties - deductions | | | |
| | Other AMT items | | | |
| **Other Information** | Tax-exempt interest income | | | |
| | Other tax-exempt income | | | |
| | Nondeductible expenses | | | |
| | Distributions of cash and marketable securities | | | |
| | Distributions of other property | | | |
| | Investment income | | | |
| | Investment expenses | | | |
| | Total foreign taxes paid or accrued | | | |
| | **Net income (loss)** | **−109,874** | **−160,615** | **−50,741** |

| Form **1065** | **Two Year Comparison Worksheet, Page 3** | **2021 & 2022** |
|---|---|---|

Partnership Name — Employer Identification Number

**ADAVAN FITNESS MELBOURNE LLC**          83-4235952

| | | 2021 | 2022 | Differences |
|---|---|---|---|---|
| Schedule L | Beginning assets | 437,964 | 363,348 | -74,616 |
| | Beginning liabilities and capital | 437,964 | 363,348 | -74,616 |
| | Ending assets | 363,348 | 315,115 | -48,233 |
| | Ending liabilities and capital | 363,348 | 315,115 | -48,233 |
| Schedule M-1 | Net income (loss) per books | -109,874 | -160,615 | -50,741 |
| | Taxable income not on books | | | |
| | Guaranteed payments (other than health ins) | | | |
| | Book expenses not deducted | | | |
| | Income on books not on return | | | |
| | Return deductions not on books | | | |
| | Income per return | -109,874 | -160,615 | -50,741 |
| Schedule M-2 | Balance at beginning of year | -99,991 | -209,865 | -109,874 |
| | Cash contributions | | 79,298 | 79,298 |
| | Property contributions | | | |
| | Net income (loss) per books | -109,874 | -160,615 | -50,741 |
| | Other increases | | | |
| | Cash distributions | | | |
| | Property distributions | | | |
| | Other decreases | | | |
| | Balance at end of year | -209,865 | -291,182 | -81,317 |
| Schedule M-3 | Total income (loss) items: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| | Expense per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Deduction per tax return | | | |
| | Other items with no differences | | | |
| | Reconciliation totals: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |

## STATEMENT PURSUANT TO 11 U.S.C. 1116(1)(B)

I, Todd Adams, under penalty of perjury, declare that no balance sheet, statement of operations, or cash-flow statement, other than those incorporated in the most recent Federal income tax return attached, have been prepared.

_____

Todd Adams

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor name **Adavan Fitness Melbourne LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

</td><td>

☐ Check if this is an

amended filing

</td></tr>
</table>

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **CycleBar Franchising, LLC 3185 Pullman St. Costa Mesa, CA 92626** | | **Franchise royalties, fees** | **Disputed** | | | **$0.00** |
| **Navitas Credit Corp. 201 Executive Center Dr Suite 100 Columbia, SC 29210** | | **Equipment, accounts, personal property of Debtor** | **Disputed** | **$675,000.00** | **Unknown** | **Unknown** |
| **Viera SPE, LLC PO Box 715569 Cincinnati, OH 45271-5569** | | **Security deposit for studio space** | **Unliquidated** | **$53,105.76** | **$10,000.00** | **$43,105.76** |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Adavan Fitness Melbourne LLC**                                    Case No.
_____    Chapter    **11**
                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lisa Van Drunen**<br>**1999 Knox Rd**<br>**Meridian, MS 39301** | | | **Member-25%** |
| **Michael Van Drunen**<br>**1999 Knox Rd**<br>**Meridian, MS 39301** | | | **Member-25%** |
| **Michelle Adams**<br>**3542 Siderwheel Dr**<br>**Rockledge, FL 32955** | | | **Member-25%** |
| **Todd Adams**<br>**3542 Siderwheel Dr**<br>**Rockledge, FL 32955** | | | **Member-25%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 16, 2023**                        Signature  **/s/ Todd Adams**
_____            _____
                                    **Todd Adams**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **Adavan Fitness Melbourne LLC** _____   Case No. _____

                                        Debtor(s)           Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **June 16, 2023** _____      **/s/ Todd Adams** _____

                                                              **Todd Adams**/**Manager**
                                                              Signer/Title

Adavan Fitness Melbourne LLC
3542 Siderwheel Dr
Rockledge, FL 32955

Todd G. Adams
3542 Siderwheel Dr
Rockledge, FL 32955

Michael Faro
Faro & Crowder
700 N Wickham Road
Suite 205
Melbourne, FL 32935

Viera SPE, LLC
PO Box 715569
Cincinnati, OH 45271-5569

Carla Markowitz
PO Box 67423
Saint Petersburg, FL 33736

CycleBar Franchising, LLC
3185 Pullman St.
Costa Mesa, CA 92626

Lisa Van Drunen
1999 Knox Rd
Meridian, MS 39301

Michael Van Drunen
1999 Knox Rd
Meridian, MS 39301

Michelle L. Adams
3542 Siderwheel Dr
Rockledge, FL 32955

Navitas Credit Corp.
201 Executive Center Dr
Suite 100
Columbia, SC 29210

Todd Adams
3542 Siderwheel Dr
Rockledge, FL 32955

# United States Bankruptcy Court
## Middle District of Florida

In re  **Adavan Fitness Melbourne LLC** _____  Case No. _____

                                        Debtor(s)                    Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Adavan Fitness Melbourne LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 16, 2023** _____        **/s/ Michael Faro** _____
Date                                             **Michael Faro 758981**
                                                 Signature of Attorney or Litigant
                                                 Counsel for   **Adavan Fitness Melbourne LLC** _____
                                                 **Faro & Crowder**
                                                 **700 N Wickham Road**
                                                 **Suite 205**
                                                 **Melbourne, FL 32935**
                                                 **321-784-8158 Fax:321-784-8159**
                                                 **ahinkley@farolaw.com**